**LAW OFFICES OF STEVE GIMBLIN**
Steve Gimblin (SBN 272044)
1007 Live Oak Blvd A3
Yuba City, CA 95991
P# 530-671-9822
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| **LEIF LOWERY & WENDY LOWERY,**<br><br>Plaintiffs,<br><br>v.<br><br>**WELLS FARGO, N.A. et al,**<br><br>Defendants. | Case No. 2:15-cv-02314-KJM-EFB<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Leif and Wendy Lowery and Defendants Wells Fargo, N.A., Experian Information Solutions, INC. and Equifax Information Services, LLC, that, in an effort to facilitate the Parties' currently scheduled VDRP session and to attempt to keep unnecessary litigation costs to a minimum, that the following discovery deadlines be extended as follows:

Discovery cut off currently scheduled for September 9, 2016 be extended to October 17, 2016.

Designation of Expert Witness Deadline currently scheduled for September 26, 2016 be extended to November 7, 2016 and Supplemental Expert Disclosure currently scheduled for October 10, 2016 be extended to November 21, 2016.

Expert discovery cut off currently scheduled for November 10, 2016 be extended to December 12, 2016.

**SO STIPULATED.**

DATED:  August 23, 2016            **LAW OFFICES OF STEVE GIMBLIN**


By:   /s/ Steve Gimblin
       STEVE GIMBLIN
Attorney for Plaintiffs
LEIF & WENDY LOWERY


DATED:  August 23, 2016            **SEVERSON & WERSON, P.C.**


By:   /s/ Thomas N. Abbott
       THOMAS N. ABBOTT
Attorney for Defendant
WELLS FARGO, N.A.


DATED:  August 23, 2016            **JONES DAY**


By:   /s/ Jennifer Sun
       JENNIFER SUN
Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.


DATED:  August 23, 2016            **NOKES & QUINN**


By:   /s/ Thomas Patrick Quinn
       THOMAS PATRICK QUINN, JR.
Attorney for Defendant
EQUIFAX INFORMATION SERVICES, LLC

LAW OFFICES OF STEVE GIMBLIN
1007 LIVE OAK BLVD. A3
YUBA CITY, CA 95991

## **ORDER**

Based on the Joint Stipulation of the Parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Discovery cut off date is extended to October 17, 2016; the expert witness designation deadline is extended to November 7, 2016 and supplemental designation extended to November 21, 2016; and the Expert discovery cut off is extended to December 12, 2016. All dispositive motions shall be heard no later than February 10, 2017. The parties shall confer and file a joint pretrial conference statement by May 26, 2017. Final pretrial conference is reset for June 16, 2017. Trial briefs are due by July 10, 2017. Jury trial is reset for July 24, 2017 at 9:00 AM in Courtroom 3 before District Judge Kimberly J. Mueller.

**IT IS SO ORDERED.**

DATED: August 23, 2016

_____
UNITED STATES DISTRICT JUDGE